PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Doing Business as BANK OF THE MANHATTAN COMPANY, v. MORRIS COHEN.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX BALICER.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed. (See Code Crim. Proc. § 520, subd. 3.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ARTHUR D. KINNEY, an Attorney.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SAMUEL M. STEIN for Reinstatement to the Bar.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

## SECOND DEPARTMENT, OCTOBER, 1935.

KATHRYN E. LARKIN, Now Known as KATHRYN L. MAYER, Appellant, v. THE GREENWICH SAVINGS BANK, Defendant, and EARL DAFFER and Another, as Executors, etc., of MARY LEONARD, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

MAUDE M. MESERVE, Respondent, v. ERNEST R. MESERVE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

MAGDALENE WAWRZONEK, as Administratrix, etc., of LOUIS WAWRZONEK, Deceased, Respondent, v. CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant.— Motion to resettle order of July 1, 1935, denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

SOPHIE FIA, Respondent, v. ROSE KREIS, Appellant.— Judgment in plaintiff's favor for personal injuries suffered while employed by defendant as a domestic servant, by the falling of an electric light globe in the kitchen of the defendant's house, reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. The charge of the court at folio 463 was erroneous. (*Perlman* v. *Schanck*, 192 App. Div. 179; *Bleecker* v. *Johnston*, 69 N. Y. 309; *Schwier* v. *New York Cent. & H. R. R. R. Co.*, 90 id. 558; *Baesens* v. *New York Central Railroad Co.*, [3d Dept.] 201 App. Div. 191; *Reehil* v. *Fraas*, [2d Dept., per GAYNOR, J.] 129 id. 563.) We are also of the opinion that the determination of the jury is against the weight of the evidence. Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ., concur.